## Cheryl DuHart

| | |
|---|---|
| **From:** | Mary Wyckoff |
| **Sent:** | Saturday, August 19, 2017 1:52 PM |
| **To:** | LaVeeda Battle; Charles Becker |
| **Cc:** | Alex Smith; Phil D. Mitchell; George Craig; pastorrichardson2@yahoo.com; Jaffe Pickett |
| **Subject:** | RE: IMMEDIATE ACTION REGARDING EXECUTIVE DIRECTOR |

LaVeeda,

Thank you for your email informing of the decision and action of the Legal Services Alabama Board of Directors regarding the Executive Director. Your email indicates that board resolutions were attached, but there do not appear to be any attachments.

I will inform LSC management and forward the information you have provided.

Please let me know if there is any assistance or information I can provide.

Thank you again.

Best,

Mary


Mary and Charlie:

As President of the Board of Directors of Legal Services Alabama, I am informing you of recent action taken by the Executive Committee of the Board.

As you know, I believe in transparency and honesty, and am reporting to you as I have to the Board about where we are.

After very careful consideration, deliberation and two executive session meetings of the Executive Committee of the Board, a decision was made to place the Executive Director on administrative leave with pay, pending an investigation into financial, overall administration and personnel matters.

On Wednesday, Artur Davis advised Phil Mitchell and myself that he was considering resigning. Yesterday, Friday, August 18, 2017 the Executive Committee heard from Artur Davis, (in executive session by telephone) his view that the Board has no role in any management, administrative or personnel matters of LSA. Following that call the Executive Committee met in Executive session and adopted the attached resolutions.

At the last meeting of the Executive Committee with the Executive Director, there was a lengthy conversation with Artur Davis about maintaining spending within the line items of the budget and the preservation of the reserve.

Since that meeting I received written information about the creation of new positions that are not in the existing budget and salaries paid to new hires that exceed the ranges of similarly situated employees. There are several new hires and it is unclear whether these are budgeted positions. This raised a immediate concern about the overall budgetary impact of these decisions.

1

In addition since the beginning of his tenure, the Executive Director has launched several new initiatives, all without approval of the Board. These initiatives have been reported, after the fact to the Board. I have raised the concern with the Executive Director that these may be outside of the priorities established by the Board. I learned yesterday, from a Board member and staff that an employee has been traveling the state announcing new priorities for a "New LSA" that now include initiatives created by the Executive Director, but not approved by the Board.

With regard to Personnel, I have received complaints from staff alleging harassment creating a hostile work environment in part when the Executive Director is advised of LSA protocol and procedures. One long term staff member ▮▮▮▮▮ has been asked to retire, and another ▮▮▮▮▮ asked to take a demotion, or resign. The personnel matters will be handled through the existing protocol for those matters.

However, because there are complaints of hostile work environment, the Executive Committee has authorized retaining an investigator to address these and other complaints. I have requested former Federal Magistrate Delores Boyd to conduct a full investigation, and she has agreed to do it.

In the letter to Mr. Davis, he has been advised that he no role with LSA pending the investigation. He has been advised that Jaffe Pickett has been appointed interim director.

Alex Smith (Vice President) and I drove to Montgomery yesterday and personally delivered a letter to Artur Davis at approximately 4:30 p.m. Mr. Davis threatened to go immediately to the press. I advised him of language in the handbook and in his letter that "LSA employees must refrain from any action and avoid public announcements that might reflect adversely on LSA."

While at the central office, I learned that there is a mold infestation problem in the Montgomery office portion of the building. The entrance to the building is completely wrapped in plastic, and Montgomery employees are working out of the Central Office. I was not previously made aware of any of this.

We are aware of the visit by LSA President Jim Sandman and Congresswoman Roby next week and are working to salvage the visit, and place LSA in the best possible light given the circumstances. (A tour of the building was on the schedule for the visit but due to health and safety risks, I am removing it from the schedule).

I can be reached if you have questions at 205-616-0757.

Best Regards,

*La Veeda Morgan Battle*



BATTLE
LAW FIRM, LLC
501 Riverchase Parkway East, Suite 100

2

Birmingham, AL  35244
Tele:  (205) 322-1504
Fax:   (205) 321-1444
www.battlelawfirm.com

This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.