

August 18, 2017

Mr. Artur Davis
Executive Director
Legal Services Alabama
2567 Fairlane Drive
Montgomery, AL 36116

Dear Mr. Davis:

    This letter follows a meeting of the Executive Committee of the Board of Directors of Legal Services Alabama today wherein the Executive Committee considered your remarks, and several serious issues and allegations that have arisen during your tenure as Executive Director, and the Executive Committee has adopted the enclosed resolution.

    Upon hiring you as Executive Director of Legal Services Alabama, in December, 2016, the Board sought to provide full support for your success. You established a process to keep the Board informed through monthly reports that highlighted your work for the previous month. The Executive Committee noted from reviewing the monthly reports, and other Board sources, concerns that there may be significant spending decisions made by you that are outside of the budget approved by the Board for additional staff positions not included in the budget, and other items not traditionally included in the budget. The Executive Committee discussed budgetary concerns with you at the last Executive Committee meeting, especially your desire to spend down reserves.

    Even though LSA has established policies regarding the recruitment and selection of staff, which include policies to provide notice of a position vacancy to LSA staff and advertising for positions, it appears that you may have created new employment positions, that are not included in the budget and that have not been noticed or advertised according to LSA's policies. You have informed the Board about these hiring decisions after the fact.

    The Board is concerned about creating and filling new positions, because it appears that you may have created new employment positions, with salaries for such positions that may have a budgetary impact that exceeds the LSA budget as approved by the Board.

    As you are aware, the Board is responsible for establishing all policies which govern the operation of LSA, including the priorities for the delivery of LSA's services. You have chosen to create new initiatives which have been communicated to the Board only after implementation, without prior Board input or approval. Though the initiatives may have merit, these new initiatives may be outside of the priorities previously established and approved by the Board. The environment created by these decisions may have had an impact on the core case work of LSA as the number of cases being reported within the Board established priorities may have diminished.

2567 Fairlane Drive • Suite 300 • Montgomery, AL 36116
T 334.223.0240 • F 334.264.1474 • www.legalservicesalabama.org

CONFIDENTIAL - Legal Services Alabama - Artur Davis - Docs Produced by Defendant

D00036

We now turn to our concerns about your management of LSA's staff. LSA's adopted Equal Opportunity Policy and Procedures strictly prohibits all forms of harassment of LSA's employees, which includes but is not limited to the creation of a hostile work environment, offensive, intimidating, threatening, demeaning or vulgar language, and unprofessional actions. As you are aware LSA's Equal Opportunity Policy and Procedures applies to all LSA officers, supervisors, managers, and employees. LSA maintains a "zero tolerance" policy for all types of harassment and for inappropriate, unprofessional, or offensive conduct. LSA policy prohibits all intimidation or threats against any LSA employee. A violation of LSA's policy against harassment can lead to disciplinary action, up to and including discharge, as appropriate in the circumstances.

It has come to my attention that you have stated that management of staff is strictly under your domain. However, the Board has the overall responsibility for LSA's Equal Opportunity Policies and is ultimately responsible for the employment decisions regarding the Executive Director.

LSA's Equal Opportunity Policy and Procedure provides that an LSA Employee may notify the President of the Board directly when the complaint pertains to the Executive Director. LSA's policy requires that all complaints of harassment or other conduct prohibited by LSA's Equal Opportunity Policy and Procedure, must be promptly and thoroughly investigated, and LSA must take appropriate action, including disciplinary action if necessary, based upon the results of the investigation.

As President of the Board I have received confidential communications from LSA staff regarding complaints of harassment and the creation of a hostile work environment by your unprofessional treatment of LSA employees when you have been informed by them about existing LSA protocols and procedures; demeaning support staff; intimidating and threatening staff with retaliation unless they agree to keep the Board uninformed about matters involving LSA. LSA's policy prohibits retaliation against any employee who in good faith brings any harassment allegation to the attention of LSA management or the Board.

It is also the policy of LSA that all LSA employees must refrain from any action and avoid public announcements that might reflect adversely upon LSA. I have received reports that you have stated that you would "destroy LSA if challenged by the Board on any of your decisions."

These serious allegations must be investigated by the Board according to the LSA protocols and procedures as contained in the LSA Employee Handbook.

I have communicated these complaints to the Board's Executive Committee, which has authorized the commencement of LSA's required investigation into these complaints. Additionally, upon receiving notice of these allegations and issues, the Board's Executive

2

CONFIDENTIAL - Legal Services Alabama - Artur Davis - Docs Produced by Defendant

D00037

Committee has determined it is in the best interest of LSA to insure that the budget, the LSA program and LSA's staff do not incur irreparable harm prior to the completion of the Board's investigation.

The Executive Committee has therefore taken the following actions and adopted the following policies upon its authority to act upon behalf of the full LSA Board, between regularly scheduled meetings of the Board:

1. You are instructed to immediately vacate LSA's Central Office and you are not authorized to return, visit, or report to any LSA facility or LSA office, LSA function or LSC event pending the completion of the investigation of these matters and pending such further action by the Board upon review of the findings of such investigation; and

2. The complainant(s), the allegations of the complaint(s) and the investigation shall be kept as confidential as possible, subject to LSA duty to investigate fully and take appropriate action. Further all employees, including you, are expected and encouraged to participate fully and freely in such investigation. There will be no retaliation against any employee for truthfully participating in such investigation. Notwithstanding, all requests for information shall be handled in accordance with LSA's Public Relations Guidelines.

3. While on administrative leave, with pay, you shall have no access to any LSA facilities, property, functions, activities, or records, including but not limited to electronic access to LSA's computer systems. In addition, while you are on administrative leave, with pay, he shall have no authority to take any actions upon behalf of LSA as its Executive Director or otherwise. You shall turn in all keys and other entry devices to LSA; and

4. While on administrative leave, with pay, the President of the Board shall serve as the only official media and public relations spokesperson for LSA under LSA's Public Relations Guidelines and any notification you are required to provide as an LSA under LSA's Public Relations Guidelines must be provided to the Board President.

Please carefully review each of the items provided in this letter. Any questions you may have may be directed in writing me.

The Executive Committee of the Board also reminds you that LSA's policies provide that all LSA employees must refrain from any action and avoid public announcements that might reflect adversely upon LSA.

CONFIDENTIAL - Legal Services Alabama - Artur Davis - Docs Produced by Defendant

D00038

Any violation of the policies and directives provided by this letter and in the enclosed Executive Committee resolution shall be grounds for further investigation and appropriate action or discipline by the Executive Committee or the Board up to and including termination.

Sincerely,

LaVeeda Morgan Battle
Board President

Enclosure
cc: Personnel File

CONFIDENTIAL - Legal Services Alabama - Artur Davis - Docs Produced by Defendant

D00039